UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                                       Case No. 1:24-cv-70

BALDWIN PATTIE DRUG STORE, LLC,    Hon.
and MATTHEW D. KRAWCZAK,

    Defendants.
_____/

## JOINT MOTION FOR ENTRY OF CONSENT DECREE

The Parties having reached a resolution in this case in the form of a consent decree hereby move for the Court's entry of the attached proposed Consent Decree signed by the parties.

Respectfully and jointly submitted:

MARK A. TOTTEN
United States Attorney

| | |
|---|---|
| */s/ Andrew J. Hull* | */s/ Juan Santos (signed with permission)* |
| ANDREW J. HULL | JUAN SANTOS, LL.M. |
| Assistant U.S. Attorney | Chapman Law Group |
| P.O. Box 208 | 701 Waterford Way, Ste. 340 |
| Grand Rapids, MI 49503 | Miami, FL 33126 |
| Tel: (616) 456-2404 | Tel: (305) 712-7177 |
| Email: Andrew.Hull@usdoj.gov | Email: JSantos@chapmanlawgroup.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendants* |
| | |
| Dated: January 29, 2024 | Dated January 29, 2024 |